# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: APPOINTMENTS TO THE | : | No. 640 |
| | : | |
| CIVIL PROCEDURAL RULES | : | CIVIL PROCEDURAL RULES DOCKET |
| | : | |
| COMMITTEE | : | |

## ORDER

**PER CURIAM**

   **AND NOW**, this 5th day of May, 2016, the following are hereby appointed as members of the Civil Procedural Rules Committee for a term of three years commencing June 30, 2016:

> The Honorable Daniel J. Anders
> Philadelphia
>
> David S. Senoff, Esquire
> Philadelphia
>
> Stanley M. Stein, Esquire
> Allegheny County
>
> The Honorable Christine A. Ward
> Allegheny County